# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Norfolk) DIVISION

IN RE:                                                   CASE NO.: 18-74045

James Oscar Banks, Sr

                                                            CHAPTER 13

Debtor(s),

_____/

## NOTICE OF WITHDRAWAL OF
## NOTICE OF MORTGAGE PAYMENT CHANGE FILED ***08/31/2020***

Comes now Christopher Giacinto of the Padgett Law Group and hereby withdraws

JP MORGAN CHASE BANK, NATIONAL ASSOCIATION

Notice of Mortgage Payment Change filed 08/31/2020 as the notice was filed in error.

DATED this 2nd day of October, 2020.

                                               Respectfully submitted,

                                               /s/ Christopher Giacinto
                                               _____

                                               Christopher Giacinto
                                               Padgett Law Group
                                               6267 Old Water Oak Road
                                               Suite 203
                                               Tallahassee, Florida 32312
                                               (850) 422-2520 (telephone)
                                               (850) 422-2567 (fax)
                                               bkcrm@padgettlaw.net
                                               Authorized Agent for Creditor

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this the 2nd day of October, 2020, a true and correct copy of the foregoing has been furnished by U.S. Mail and/or electronically to**:**

Debtor 1
James Oscar Banks, Sr
6341 Leafwood Rd.
Suffolk, VA 23437

Debtor's Attorney
Dana S. Power
Harbour Law, PLC
500 East Plume Street
Suite 801
Norfolk, VA 23510

Trustee
Michael P. Cotter
Chapter 13 Trustee
341 Dial: 866-829-0903 Code: 2027797
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320

U.S. Trustee
John P. Fitzgerald, III
Office of the U.S. Trustee, Region 4 -N
200 Granby Street, Room 625
Norfolk, VA 23510

                                       /s/ Christopher Giacinto
                                       _____
                                       Christopher Giacinto